UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. COMPTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>Defendants. | CASE NO. CV 10-07490 BRO (DTBx)<br><br>[ ~~proposed~~ ]<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER TO RELEASE INFORMATION FROM LAW ENFORCEMENT PERSONNEL FILES RE DEPUTY ROBERT VEGA (#4573)** |

Good cause appearing therefor from the Stipulation of the parties

**IT IS ORDERED** that the terms of the Protective Order are as follows:

1. Counsel for defendant, County of Riverside, shall disclose to counsel for plaintiff the names, addresses and telephone numbers of citizen complainants, witnesses and the names of involved officers concerning citizen complaints for use of excessive force, and/or dishonesty involving defendant Deputy Robert Vega (#4573) from September 6, 2004 (five years before the incident in question) through September 6, 2009 (the date of the incident).

2. Counsel for the plaintiff shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the information so provided except as may be reasonably necessary for the prosecution of this litigation, by communicating with the plaintiff, or investigators, consultants and experts retained on behalf of the plaintiff in this

1  matter.
2  3.     Prior to the dissemination of any such information pursuant to this order,
3  counsel for the plaintiff shall inform such person of the terms and conditions of this
4  order and secure such person's agreement to be bound by it.
5  4.     Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and
6  experts, are expressly prohibited from utilizing the disclosed information for any
7  purpose other than the prosecution of COMPTON v. RIVERSIDE COUNTY
8  SHERIFF'S DEPARTMENT, United States District Court Case No. CV 10-07490
9  BRO (DTBx) and the information disclosed shall not be utilized in any other
10 proceeding or litigation, or for any other purpose.
11 5.     Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and
12 experts are expressly prohibited from disclosing orally or otherwise the information
13 subject to this Protective Order to any person other than those who are reasonably
14 necessary for the prosecution of COMPTON v. RIVERSIDE COUNTY SHERIFF'S
15 DEPARTMENT, United States District Court Case No. CV 10-07490 BRO
16 (DTBx).
17  6.    Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and
18 experts, are expressly prohibited from duplicating, copying or otherwise distributing
19 or disseminating any of the disclosed information to any person or entity.
20 7.     Counsel for each party shall take reasonable precaution to prevent the
21 unauthorized or inadvertent disclosure of any of the protected information.
22 8.     In the event anyone shall violate or threaten to violate any terms of this
23 Protective Order, the aggrieved party may immediately apply to obtain injunctive
24 relief and monetary sanctions to this court against any such person violating or
25 threatening to violate any of the terms of this order.  This court shall retain
26 jurisdiction over the parties and any other persons subject to the terms of this order
27 for the purpose of enforcing this Protective Order.  The court shall have the power to
28 impose whatever penalties it deems appropriate for the violation of said order,

1  including, but not limited to, monetary and judicial sanctions and contempt.

2  9.     This Protective Order shall survive the final termination of this action, to the
3  extent that the information disclosed remains confidential and does not become
4  known to the public.  The court shall retain jurisdiction to resolve any dispute
5  concerning the use of the information disclosed herein, and to impose whatever
6  penalties it deems appropriate for the violation of this Protective Order, including,
7  but not limited to, monetary and judicial sanctions and contempt.

Dated: January 9, 2014                    _____
                                          Hon. David T. Bristow
                                          United States Magistrate Judge

4818-4896-5142.1

3

ORDER GRANTING PROTECTIVE ORDER