UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. COMPTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>Defendants. | CASE NO. CV 10-07490 BRO (DTBx)<br><br>[ ~~proposed~~ ]<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER TO PERSONNEL INVESTIGATION REPORT RE INCIDENT IN QUESTION** |

Good cause appearing therefor from the Stipulation of the parties

**IT IS ORDERED** that the terms of the Protective Order are as follows:

Counsel for defendant, County of Riverside, shall disclose to counsel for plaintiff a copy of the Personnel Investigation Report regarding the September 5, 2009 incident which is the subject matter of this law suit (Exhibit 401 – 415).

2.  Counsel for the plaintiff shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the report or its contents so provided except as may be reasonably necessary for the prosecution of this litigation, by communicating with the plaintiff, or investigators, consultants and experts retained on behalf of the plaintiff in this matter.

3.  Prior to the dissemination of the report or its contents pursuant to this order, counsel for the plaintiff shall inform such person of the terms and conditions

1 | of this order and secure such person's agreement to be bound by it.

2 |     4.    Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and experts, are expressly prohibited from utilizing the disclosed report or its contents for any purpose other than the prosecution of COMPTON v. RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, United States District Court Case No. CV 10-07490 BRO (DTBx) and the report disclosed or its contents shall not be utilized in any other proceeding or litigation, or for any other purpose.

    5.    Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and experts are expressly prohibited from disclosing orally or otherwise the report subject to this Protective Order or its contents to any person other than those who are reasonably necessary for the prosecution of COMPTON v. RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, United States District Court Case No. CV 10-07490 BRO (DTBx).

    6.    Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and experts, are expressly prohibited from duplicating, copying or otherwise distributing or disseminating the disclosed reports or its contents to any person or entity.

    7.    Counsel for each party shall take reasonable precaution to prevent the unauthorized or inadvertent disclosure of any of the protected information.

    8.    In the event anyone shall violate or threaten to violate any terms of this Protective Order, the aggrieved party may immediately apply to obtain injunctive relief and monetary sanctions to this court against any such person violating or threatening to violate any of the terms of this order.  This court shall retain jurisdiction over the parties and any other persons subject to the terms of this order for the purpose of enforcing this Protective Order.  The court shall have the power to impose whatever penalties it deems appropriate for the violation of said order, including, but not limited to, monetary and judicial sanctions and contempt.

    9.    This Protective Order shall survive the final termination of this action,

1  to the extent that the report disclosed and its contents remain confidential and do not
2  become known to the public. The court shall retain jurisdiction to resolve any
3  dispute concerning the use of the report disclosed herein or its contents, and to
4  impose whatever penalties it deems appropriate for the violation of this Protective
5  Order, including, but not limited to, monetary and judicial sanctions and contempt.

Dated: January 9, 2014   _____
Hon. David T. Bristow
United States Magistrate Judge