1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

14  JAMES L. COMPTON, an individual,       ) CASE NO. CV 10-07490 BRO (DTBx)
                                           )
15                        Plaintiff,       ) JUDGMENT
                                           )
16         v.                              )
                                           )
17  COUNTY OF RIVERSIDE, a public          )
    entity; LEONARDO PEREZ,                )
18  GUSTAVO IBARRA, and ROBERT             )
    VEGA, JARED HANSON, CHAD               )
19  HILL,                                  )
                                           )
20                        Defendants.      )
21  ──────────────────────────────────────

22      On June 17, 2014, the court granted summary judgment in favor of

23  defendants Jared Hanson and Chad Hill on all claims, and summary adjudication in

24  favor of the County of Riverside on all claims based on federal law.  (Docket

25  number 97)

26      The remaining portions of the case proceeded to trial against the defendants

27  Leonard Perez, Gustavo Ibarra and Robert Vega on claims based on federal and
28

California law, and against the County of Riverside solely on state law claims of respondeat superior. Trial began on November 18, 2014. A jury of 8 persons was regularly impaneled and sworn on November 18, 2014. Witnesses were sworn and testified. After plaintiff rested, defendants filed a motion for judgment pursuant to F.R.Civ.P. Rule 50(a). The court granted judgment in favor of defendants Gustavo Ibarra and Robert Vega on all claims.

The remaining portion of the case against Leonard Perez based on federal and California law, and against the County of Riverside in respondeat superior under California law, was then tried to the jury. The jury was instructed and returned the following verdicts on the questions submitted to it:

**First verdict**

Question one: Did plaintiff prove by a preponderance of the evidence that Deputy Leonardo Perez used excessive force? Answer: yes.

Question two: What are Plaintiff's damages?

Answer:

| | |
|---|---|
| Past medical expenses | $41,500 |
| Future medical expenses | $41,500 |
| Past lost wages | 218,000 |
| Future lost wages | $100 |
| Past emotional distress, pain and suffering | $584,000 |
| Future emotional distress, pain and suffering | $0 |
| Total | $885,100 |

Question three: Did plaintiff prove by a preponderance of the evidence that Deputy Perez acted with malice or with oppression? Answer: yes.

**Second verdict**

Did plaintiff prove by clear and convincing evidence, as defined by Jury Instruction No. 3, that Deputy Perez acted with malice or with oppression? Answer:

Yes.

**Third verdict**

We the jury find Defendant Leonardo Perez liable for punitive damages for excessive force in the amount of: $2,500

We the jury find Defendant Leonardo Perez liable for punitive damages for assault, battery, and intentional infliction of emotional distress in the amount of: $2,500

Total: $5,000.

Based on these proceedings and the jury's verdicts, Judgment is entered as follows:

1.   Judgment is entered in favor of defendant Jared Hanson and against plaintiff on all claims.

2.  Judgment is entered in favor of defendant Chad Hill and against plaintiff on all claims.

3.   Judgment is entered in favor of defendant Gustavo Ibarra and against plaintiff on all claims.

4.   Judgment is entered in favor of defendant Robert Vega and against plaintiff on all claims.

5.  Judgment is entered in favor of plaintiff and against Leonard Perez under both federal and California law in the sum of $885,100, plus $5,000 punitive damages.

6.   Judgment is entered in favor of plaintiff and against the County of Riverside in respondent superior under California law only, in the sum of $885,100. This portion of the judgment is joint and several with the portion of the verdict against Leonardo Perez based on California law.

7.   The prevailing parties are entitled to file memoranda of costs and to file motions for attorney's fees in accordance with F.R.Civ.P. Rule 54, 42 U.S.C. § 1988, California Code of Civil Procedure § 128.7, and the local rules.

   **IT IS SO ORDERED.**

Dated:  December 15, 2014

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

-4-